McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
Jenna Dakroub, CA Bar No. 350170
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way, Scottsdale, Arizona 85258
16130 Ventura Boulevard, Suite 300, Encino, California 91436
Phone: (480) 626-2376; (602) 807-1525
Email: mczabaj@consumerjustice.com, jdakroub@consumerjustice.com

*Attorneys for Plaintiff Leslie Gamboa Mallo, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Leslie Gamboa Mallo, Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>Trans Union LLC,<br><br>    Defendant. | **Case No.:** 3:24-cv-05535-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC.

**IT IS SO ORDERED.**

Dated: July 29, 2025

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1